UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA SHUMAKE

Plaintiff,

v. CASE NO: 8:26-cv-853-VMC-AAS

SAM'S EAST, INC., d/b/a SAM'S CLUB #4801,

Defendant.
_________________________________/

**JOINT MOTION TO EXTEND DEADLINES FOR RULE 26(a)(2) EXPERT DISCLOSURES**

COMES NOW, Plaintiff, LISA SHUMAKE, and Defendant, SAM'S EAST, INC. (hereinafter "Sam's Club"), pursuant to Federal Rule of Civil Procedure 6, hereby moves the Court to Extend their Deadlines for Rule 26(a)(2) Expert Disclosures. In support of this Motion, Walmart states:

1. Plaintiff, Lisa Shumake, alleges that on November 6, 2022, while at the subject premises, she slipped and fell on a substance that was on the floor. [DE 33].

2. On April 23, 2026, the Court entered a Case Management and Scheduling Order. [DE 21]. Pursuant to the Order, Plaintiff's Rule 26(a)(2) Expert Disclosures were due September 9, 2026 and Defendant's Rule 26(a)(2) Expert Disclosures are due October 9, 2026. Plaintiff's Rebuttal deadline is November 10, 2026.

3. Defendant seeks an extension until November 9, 2026 to disclose its expert witnesses pursuant to Rule 26(a)(2). Plaintiff seeks an extension until

December 9, 2026 to disclose its rebuttal expert witnesses pursuant to Rule 26(a)(2).

4. The requested extensions would not interfere with the remaining deadlines imposed by the Court.

5. The aforementioned request is made in good faith and not due to any delay by the parties.

**Memorandum of Law**

Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (1) with or without motion or notice if the court acts or request is made, before the original time or its extension expires;

Fed. R. Civ. P. 6(b).

Rule 6 affords wide discretion for trial courts to enlarge a deadline established by court order. See Woods v. Allied Concord Financial Corp., 373 F.2d 733 (5th Cir. 1967); Yanofsky v. Wernick, 362 F. Supp. 1005 (S.D.N.Y. 1973); Graham v. Brier, 418 F. Supp. 73 (S.D. Wis. 1976). Rule 6 should be applied liberally "to secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1. District courts also possess broad, inherent discretion to manage their cases. See Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). This broad discretion encompasses the management of pre-trial activities. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001)).

The Parties have worked diligently to comply with the existing case management deadlines and do not seek to extend any other deadlines proscribed in

the Case Management and Scheduling Order. The Parties will not be prejudiced by the requested extensions.

**Conclusion**

For the foregoing reasons, the Parties respectfully requests that the Court grant its motion to extend Defendant's deadline for expert disclosures to November 9, 2026 and Plaintiff's deadline for rebuttal expert disclosures to December 9, 2026.

**RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with opposing counsel, who agrees to the relief requested in this motion.

Respectfully submitted,

**/s/ Madison A. Tanner**
Amanda J. Sharkey Ross
Madison A. Tanner

I HEREBY CERTIFY that on October 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christopher A. Boyd, Esq.
FBN: 792691
BUTLER & BOYD, P.A.
201 North Franklin Street, Suite 2880
Tampa, FL 33602
Telephone: 813.229.3232
service@butlerboyd.com
*Attorneys for Plaintiff*

**/s/ Madison A. Tanner**
AMANDA J. SHARKEY ROSS
Florida Bar No. 598666
MADISON A. TANNER
Florida Bar No. 1011247

Attorneys for Defendant
Henderson, Franklin, Starnes & Holt, P.A.
Post Office Box 280
Fort Myers, Florida 33902-0280
Telephone: 239.344.1249
Fax: 239.344.1542
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
madison.tanner@henlaw.com
susan.peters@henlaw.com